IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EUGENIO REYNA MONTOYA ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-144 |
| AARON CABRERA, ACTING DIRECTOR ) | |
| HLG/DO, THE ) | |
| IMMIGRATION & NATURALIZATION ) | |
| SERVICE, and ) | |
| JOHN ASHCROFT, UNITED STATES ) | |
| ATTORNEY GENERAL ) | |
| ) | |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby file the administrative record of Petitioner EUGENIO REYNA-MONTOYA with this Court for review.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

*Chris H. Jones, Assistant District Counsel for*

LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel:   (956) 389-7051
Fax:   (956) 389-7057

Date: October 30, 2002

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel by depositing a copy of it in the United States mail, first class postage prepaid, to:

    Lisa S. Brodyaga, Esquire
    Refugio Del Rio Grande
    17891 Landrum Park Rd.
    San Benito, TX   78586

on this the 30th day of October, 2002.

    for _Cheri L. Jones, Ass District Counsel_
    Lisa M. Putnam
    Special Assistant U.S. Attorney

2