UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 25 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LAURA ESTELLA SALAZAR-REGINO, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-45 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, ET AL. Defendant. | § § § § | |
| | | |
| TEODULO CANTU-DELGADILLO, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-114 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, ET AL. Defendant. | § § § § | |
| | | |
| DANIEL CARRIZALOS-PEREZ, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-136 |
| AARON CABRERA, INS ACTING DISTRICT DIRECTOR, ET AL. Defendant. | § § § § | |
| | | |
| MANUEL SANDOVAL-HERRERA, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-138 |
| AARON CABRERA, INS ACTING DISTRICT DIRECTOR, ET AL. Defendant. | § § § § | |

| | | |
|---|---|---|
| EUGENIO REYNA MONTOYA,<br>Plaintiff,<br><br>v.<br><br>AARON CABRERA,<br>INS ACTING DISTRICT DIRECTOR, ET AL.<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-02-144 |
| OSWALDO CALDERON-TERRAZAS,<br>Plaintiff,<br><br>v.<br><br>AARON CABRERA,<br>INS ACTING DISTRICT DIRECTOR, ET AL.<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-02-145 |

## **ORDER**

The parties in the above styled causes of action are hereby ORDERED to appear before Judge Recio for a status conference on December 17, 2002 at 1:30 p.m.

DONE at Brownsville, Texas, this 25th day of November, 2002.

_____
Felix Recio
United States Magistrate Judge