UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

EUGENIO REYNA-MONTOYA             *
                                  *
VS                                *   C.A. NO. B-02-144
                                  *
AARON CABRERA, ET AL              *

## ORDER SETTING HEARING

A status conference, in above-captioned and numbered cause of action, has been set for **December 17, 2002, at 1:30 p.m.**, before Magistrate Judge Felix Recio.

The Immigration and Naturalization Service shall produce the Petitioner for said conference.

DONE at Brownsville, Texas, this 10th day of December 2002.

John Wm. Black
United States Magistrate Judge