UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 1 6 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EUGENIO REYNA-MONTOYA | * | |
| VS | * | C.A. No. B-02-144 |
| AARON CABRERA, ET AL | * | |

### ORDER CANCELLING CONFERENCE

The status conference set for January 23, 2003, in the above-captioned case is hereby **CANCELLED**.

DONE at Brownsville, Texas, on 14th day of January 2003.

_____
Felix Recio
United States Magistrate Judge