United States District Court
Southern District of Texas
ENTERED

APR 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAIME PEQUENO-MARTINEZ | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-02-214 |
| | § | |
| E.M. TROMINSKI, INS DISTRICT | § | |
| DIRECTOR, and JOHN ASHCROFT, | § | |
| ATTORNEY GENERAL | § | |
| OF THE UNITED STATES | § | |
| | | |
| OSWALDO CALDERON-TERRAZAS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-145 |
| | § | |
| AARON CABRERA, INS ACTING | § | |
| DISTRICT DIRECTOR, and | § | |
| JOHN ASHCROFT, UNITED STATES | § | |
| ATTORNEY GENERAL | § | |
| | | |
| EUGENIO REYNA-MONTOYA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-144 ✓ |
| | § | |
| AARON CABRERA, INS | § | |
| ACTING DIRECTOR, HLG/DO and | § | |
| JOHN ASHCROFT, ATTORNEY GENERAL | § | |
| OF THE UNITED STATES | § | |

## ORDER

On March 28, 2003, this court set a hearing on the government's motion to dismiss in *Calderon-Terrazas v. Cabrera*, B-02-145, for April 16, 2003.

Having reviewed the two other cases currently pending before this court involving similar issues, *Reyna-Montoya v. Cabrera*, B-02-144, and *Pequeno-Martinez*, B-02-214, this court has determined that the interests of justice and judicial economy would be better served if the common issues in these cases were considered together. Accordingly, this court hereby sets all three cases for a hearing on all pending motions to be held on **Tuesday, April 29, 2003, at 1:30 p.m.**

      This court requests that counsel for each side co-ordinate their presentation of the common issues in these cases. This court will consider these issues first, and then proceed to the divergent issues presented by each case.

      Signed this ___8th___ day of April, 2003.

                                              Honorable Andrew S. Hanen
                                              United States District Judge