20

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 2 2003

Michael N. Milby
Clerk of Court

EUGENIO REYNA-MONTOYA, )
)
v. ) C.A. B-02-144
)
AARON CABRERA, et al. )
_____ )

**PETITIONER'S UNOPPOSED MOTION FOR SUBPOENA AD TESTIFICANDUM**

Petitioner, through counsel, hereby requests that this Honorable Court issue a Subpoena Ad Testificandum, requiring the United States Marshall to produce the Petitioner herein for the hearing before this Honorable Court on April 29, 2003, at 1:30 p.m..

The undersigned would also advise the Court that she has spoken with Lisa Putnam, SAUSA, who represents the Government herein. Ms. Putnam stated that it was her intention to request that Petitioner be produced, but that it was better to have a Court Order to that effect. She also stated that the undersigned could represent to the Court that the instant motion is unopposed.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney      Thelma O. Garcia, Attorney
17891 Landrum Park Road         301 E. Madison
San Benito, TX 78586            Harlingen, TX 78550
(956) 421-3226                  (956) 425-3701
(956) 421-3423 (fax)            (956) 428-3731 (fax)
Fed. ID.  1178
Texas Bar 03052800

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing, and proposed Order, were personally served on the Office of Lisa Putnam, SAUSA, 1709 Zoy St., Harlingen, Texas, this 22nd day of April, 2003.