UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 2 8 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

EUGENIO REYNA-MONTOYA,       )
                             )
v.                           )   C.A. B-02-144
                             )
AARON CABRERA, INS           )
  ACTING DIRECTOR, HLG/DO and)
JOHN ASHCROFT, ATTORNEY      )
  GENERAL OF THE UNITED STATES. )
                             )

ORDER GRANTING
PETITIONER'S UNOPPOSED MOTION FOR SUBPOENA AD TESTIFICANDUM

Before the Court is the unopposed motion of Petitioner Eugenio Reyna-Montoya, ("Mr. Reyna"), requesting that the Court issue a Subpoena Ad Testificandum, requiring the United States Marshall to produce the Petitioner herein for the hearing before this Honorable Court on April 29, 2003, at 1:30 p.m.. Upon consideration thereof, the Court enters the following Order:

IT IS HEREBY ORDERED that Petitioner's motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the Office of the United States Marshall shall produce Petitioner for a hearing before this Court on April 29, 2003, at 1:30 p.m.

DONE this 28th day of April, 2003
at Brownsville, Texas.

HON. ANDREW S. HANEN
JUDGE PRESIDING