IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EUGENIO REYNA-MONTOYA | § | |
| | § | |
| VS. | § | CIVIL NO. B-02-144 |
| | § | |
| AARON CABRERA, ACTING DIRECTOR, | § | |
| HLG/DO, THE IMMIGRATION & | § | |
| NATURALIZATION SERVICE, AND | § | |
| JOHN ASHCROFT, UNITED STATES | § | |
| ATTORNEY GENERAL | § | |

## ORDER

Respondents' Motions to Strike, Dismiss and Transfer are hereby denied. Petitioner's Motion to Hold the Case in Abeyance is hereby denied in part and granted in part. Petitioner's Motion for Summary Judgment is denied. The Petition for Writ of Habeas Corpus is hereby denied in part (see the attached Memorandum Opinion) and stayed in part pending the outcome of the District Court's decision in the cases consolidated in <u>Laura Estela Salazar-Regino, et al. v. E.M. Trominski, Ins. District Director, et al.</u>, Cause No. B-02-045 (S.D. Tex.—Brownsville Division). All other pending motions are denied. A final judgment will be issued once the stay is lifted.

It is FURTHER ORDERED that the parties shall be given 60 days from the entry of any dispositive District Court order in <u>Salazar-Regino v. Trominski</u> to file any additional pleadings in this matter, as appropriate, in light of the final disposition of <u>Salazar-Regino v. Trominski</u> and the consolidated cases.

It is FURTHER ORDERED that any enforced departure of Petitioner based on the final order of removal to Mexico be stayed pending further orders of this Court.

Signed in Brownsville, Texas on the 8th day of September, 2003.

Andrew S. Hanen
United States District Judge