UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT - 8 2003
Michael N. Milby
Clerk of Court

EUGENIO REYNA-MONTOYA, )
)
v. ) C.A. B-02-144
)
AARON CABRERA, et al. )
_____ )

**PETITIONER'S UNOPPOSED MOTION FOR ENTRY
OF FINAL JUDGMENT AND FOR DISSOLUTION OF STAY OF REMOVAL**

Eugenio Reyna-Montoya, ("Mr. Reyna"), files the instant unopposed motion for entry of final judgment and dissolution of the current stay of his removal, waiving hereby all claims other than those on which the Court has already ruled in its Memorandum Opinion and Order of September 8, 2003, [Dkt. 33 and 34]. Petitioner makes this request in order to facilitate his removal to Mexico, with the understanding that he may pursue on appeal, should he decide to take one, only those issues which the Court has already addressed.

The undersigned has consulted with counsel for the Government, Lisa Putnam, SAUSA, who has stated that the Respondents herein have no opposition to the instant motion.

Respectfully Submitted,

Lisa S. Brodyaga

Lisa S. Brodyaga, Attorney          Thelma O. Garcia, Attorney
17891 Landrum Park Road             301 E. Madison
San Benito, TX 78586                Harlingen, TX 78550
(956) 421-3226                      (956) 425-3701
(956) 421-3423 (fax)                (956) 428-3731 (fax)
Fed. ID. 1178
Texas Bar 03052800

### CERTIFICATE OF SERVICE

I certify that copies of the foregoing proposed order, were faxed to Lisa Putnam at 389-7057, and were also mailed first-class postage prepaid, to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas 78551, and Paul Fiorino, Attorney, OIL, P.O. Box 878 Ben Franklin Sta., Washington D.C. 20044, on October 8, 2003.

