IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EUGENIO REYNA-MONTOYA | § | |
| | § | |
| VS. | § | CIVIL NO. B-02-144 |
| | § | |
| AARON CABRERA, ACTING DIRECTOR, | § | |
| HLG/DO, THE IMMIGRATION & | § | |
| NATURALIZATION SERVICE, AND | § | |
| JOHN ASHCROFT, UNITED STATES | § | |
| ATTORNEY GENERAL | § | |

United States District Court
Southern District of Texas
ENTERED

OCT 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR ENTRY
OF FINAL JUDGMENT AND FOR DISSOLUTION OF STAY OF REMOVAL**

The Court having considered Petitioner's unopposed motion for entry of final judgment, and to dissolve the stay of removal entered in this Court's Order of September 8, 2003, it is hereby ORDERED that said motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the claims contained in the Petition for Habeas Corpus of Eugenio Reyna-Montoya, [Dkt. No. 1], which were denied by this Court's Opinion of September 8, 2003, remain denied. All other claims other than those denied by that Order have been waived by the Petitioner in his Motion for Entry of Final Judgment and For Dissolution of Stay of Removal, and

IT IS FURTHER ORDERED that the stay of any enforced departure issued by this Court on September 8, 2003, be, and the same hereby is, DISSOLVED.

Signed this 14th day of October, 2003.

Andrew S. Hanen
United States District Judge