IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EUGENIO REYNA-MONTOYA | § |
| | § |
| VS. | § CIVIL NO. B-02-144 |
| | § |
| AARON CABRERA, ACTING DIRECTOR, | § |
| HLG/DO, THE IMMIGRATION & | § |
| NATURALIZATION SERVICE, AND | § |
| JOHN ASHCROFT, UNITED STATES | § |
| ATTORNEY GENERAL | § |

**FINAL JUDGMENT**

BE IT REMEMBERED that on this date, the Court having denied the Petition for Habeas Corpus of Eugenio Reyna-Montoya, [Dkt. No. 1], in accordance with its Orders of September 8, 2003 and October 14, 2003, enters Final Judgment in the instant case pursuant to Rule 58, Federal Rules of Civil Procedure. This matter is, therefore, closed.

Signed this 14th day of October, 2003.

Andrew S. Hanen
United States District Judge