UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 5 2003

Michael N. Milby
Clerk of Court

EUGENIO REYNA-MONTOYA, )
)
v. ) C.A. B-02-144
)
AARON CABRERA, et al. )
)

### PETITIONER'S NOTICE OF APPEAL

Eugenio Reyna-Montoya, ("Mr. Reyna"), files the instant notice of appeal from the Final Judgment herein, denying his Petition for Writ of Habeas Corpus, [Dkt. 1].

Respectfully Submitted,

Lisa S. Brodyaga, Attorney           Thelma O. Garcia, Attorney
17891 Landrum Park Road              301 E. Madison
San Benito, TX 78586                 Harlingen, TX 78550
(956) 421-3226                       (956) 425-3701
(956) 421-3423 (fax)                 (956) 428-3731 (fax)
Fed. ID. 1178
Texas Bar 03052800

### CERTIFICATE OF SERVICE

I certify that copies of the foregoing were mailed first-class postage prepaid, to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas 78551, and Paul Fiorino, Attorney, OIL, P.O. Box 878 Ben Franklin Sta., Washington D.C. 20044, on October 15, 2003.

